## THE TOWN OF BRAZIL *v.* MICHAELREE.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

BIDDLE, J.—The present cause is the same in all legal respects as *The Town of Brazil* v. *Kress, ante,* p. 14.
The judgment is reversed, with costs, cause remanded, etc.

---

## THE TOWN OF BRAZIL *v.* McGUIRE ET AL.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellees.

WORDEN, C. J.—The judgment below in this cause is reversed, with costs, for the reasons given in the case of *The Town of Brazil* v. *Kress, ante,* p. 14.

---

## THE TOWN OF BRAZIL *v.* INGOLDSBY.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

PERKINS, J.—The judgment in this cause is reversed on the authority of *The Town of Brazil* v. *Kress, ante,* p. 14, the two cases depending upon the same questions.
Judgment is reversed, with costs, and cause remanded, etc.